**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 16-14004-CIV-MIDDLEBROOKS/LYNCH**

FERREIRA CONSTRUCTION CO., INC.

a New Jersey corporation,

     Plaintiff,

v.

BUCK THOMPSON,

_____Defendant._____/

## ORDER REMANDING ACTION TO STATE COURT

THIS CAUSE comes upon a *sua sponte* review of the Notice of Removal, filed January 6, 2016. (DE 1).   The Notice of Removal provides that this Court has jurisdiction over this action based on diversity of citizenship.   However, pursuant to 28 U.S.C. § 1441(b)(2), removal was improper because Defendant Buck Thompson is a citizen of Florida (DE 1 at 3-4) and this action was originally brought in state court in Florida.   *See* 28 U.S.C. § 1441(b)(2) ("A civil action otherwise removable solely on the basis of the jurisdiction under section 1332(a) of this title may not be removed if any of the parties in interest properly joined and served as defendants is a citizen of the State in which such action is brought.").   Accordingly, it is hereby

**ORDERED AND ADJUDGED** that this action is remanded to the Circuit Court of the Nineteenth Judicial Circuit in and for Martin County, Florida for lack of subject matter jurisdiction.

**DONE AND ORDERED** at Chambers in West Palm Beach Florida, this 21 day of January, 2016.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to:    Counsel of Record